THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| GLENNA DRAMIS, In Pro Per<br><br>        Plaintiff(s),<br><br>v.<br><br>LOWE'S HOME IMPROVEMENT; and DOES 1 to 10,<br><br>        Defendant(s). | Case No.:  8:17-cv-193 JVS (JCGx)<br><br>(Orange County Superior Court Case No. 30-2016-00873317-CU-PO-CJC)<br><br>**ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

      The Stipulation of Dismissal is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: February 23, 2017

_____
JUDGE, UNITED STATES DISTRICT COURT

I:\27000-000\27982\Pleadings\Federal\Proposed Order - Stip of Dismissal.docx